THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00088-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ALEX DEAN NELSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| IN RE: PETITION OF ) | |
| TAMMY NELSON. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* following the filing of the Government's Motion to Dismiss the Petition of Tammy Nelson ("Petitioner"). [Doc. 30].

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises the Petitioner, who is proceeding *pro se*, that she has a right to respond to the Government's motion. The Court further advises the Petitioner that failure to respond may result in dismissal of her Petition.

**IT IS, THEREFORE, ORDERED** that the Petitioner Tammy Nelson shall respond to the pending Motion to Dismiss [Doc. 30] no later than thirty (30) days from entry of this Order. The Petitioner is warned that failure to file a timely response will likely lead to the dismissal of her Petition.

**IT IS SO ORDERED.**

Signed: March 30, 2013

Martin Reidinger
United States District Judge