# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00088-MR-DLH-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| ALEX DEAN NELSON, | ) | |
| Defendant. | ) | |
| PETITION OF TAMMY NELSON. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The deadline for conducting discovery in this matter is set to expire on February 7, 2014. Pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure, the Court will allow the parties a period of thirty (30) days following the close of discovery within which to file motions for summary judgment.

**IT IS, THEREFORE, ORDERED** that the parties shall have through and including **March 10, 2014** within which to file motions for summary judgment. Should no motions for summary judgment be filed, the Court will set the ancillary petition for hearing during the May 5, 2014 criminal term.

**IT IS SO ORDERED.**         Signed: January 24, 2014

Martin Reidinger
United States District Judge