IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cr-00088-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX DEAN NELSON, | ) |
|         Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| AIDS LEADERSHIP FOOTHILLS AREA ALLIANCE, | ) |
|         Garnishee. | ) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. 123) is **GRANTED**, and the Writ of Continuing Garnishment (Doc. 119) against Defendant Alex Dean Nelson is **DISMISSED**.

Signed: November 1, 2021

W. Carleton Metcalf
United States Magistrate Judge